IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THOMAS WALKER                                                                PLAINTIFF

v.                          Case No. 4:20-cv-713-JM

PINNACLE ELECTRIC, INC. and
TONY CARLIN                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED THIS 9th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE